

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2014

No. 04-12-00772-CV

W.H. **SUTTON**, Arctic Royalty Limited Partnership, Julie S. Mueller, Janet Lee Smith as Trustee of the Janet Lee Smith Family Trust, Anita Louise Davies as Trustee of the Anita Louise Davies Family Trust and Frederick Jackson Bell Jr., et al.,
Appellants

v.

**SM ENERGY COMPANY**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2011CVQ001903 D3
Honorable Elma T. Salinas Ender, Judge Presiding

## ORDER

Appellants' third motion to extend time to file motion for rehearing is hereby GRANTED. Appellant's motion for rehearing is due on or before February 3, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court